# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

LAURA WILLIS ALBRIGO, individually and on behalf of others similarly situated,

Plaintiff,

v.

GALDERMA LABORATORIES, L.P.,

Defendant.

Case No.: 3:25-cv-03819-H-JLB

**ORDER GRANTING JOINT MOTION FOR AMENDED BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

[Doc. No. 13]

On March 11, 2026, the parties filed a joint motion to amend the briefing schedule on Defendant's motion to dismiss. (Doc. No. 13.) The hearing on Defendant's motion to dismiss is currently set for June 1, 2026. (Doc. No. 14.) Under Local Rules 7.1.e.2 and 7.1.e.3, Plaintiff's opposition is due May 18, 2026 and Defendant's reply is due May 25, 2026. The parties now request an accelerated briefing schedule, setting Plaintiff's opposition deadline on April 24, 2026 and Defendant's reply deadline on May 15, 2026. (Doc. No. 13.) The Court grants the joint motion. Plaintiff must file its opposition to Defendant's motion to dismiss by **April 24, 2026**. Defendant must file its reply in support of its motion to dismiss by **May 15, 2026**.

**IT IS SO ORDERED.**

DATED: March 25, 2026

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1

3:25-cv-03819-H-JLB