MARSHALL L. BAKER (SBN 300987)
mbaker@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
TELEPHONE: +1 310.229.1000
FACSIMILE: +1 310.229.1001

STEPHANIE LINDEMUTH (*pro hac vice*)
slindemuth@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
TELEPHONE: +1 212.872.1000
FACSIMILE: +1 212.872.1002

FATIMA BISHTAWI (SBN 363224)
fbishtawi@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
100 Pine Street, Suite 3200
San Francisco, CA 94111
TELEPHONE: +1 415.765.9500
FACSIMILE: +1 415.765.9501

Attorneys for Defendant

FRANK S. HEDIN (SBN 291289)
fhedin@hedinllp.com
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
TELEPHONE: (305) 357-2107
FACSIMILE: (305) 200-8801

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

LAURA WILLIS ALBRIGO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GALDERMA LABORATORIES, L.P.,

Defendant.

Case No.:  25-cv-3819-H-JLB

**JOINT MOTION FOR AN ORDER SETTING PARTIES' STIPULATED BRIEFING SCHEDULE ON DEFENDANT GALDERMA LABORATORIES, L.P.'s MOTION TO DISMISS**

Current hearing date:  June 01, 2026
New hearing date: August 10, 2026

Current deadline for Defendant to respond to First Amended Complaint: No later than April 23, 2026
New response date:  May 14, 2026

Current opposition date: No later than July 27, 2026
New opposition date: June 18, 2026

Current reply date: No later than August 3, 2026
New reply date: July 2, 2026

Trial Date:  None set

Plaintiff Laura Willis Albrigo ("Plaintiff") and Defendant Galderma Laboratories, L.P. ("Galderma," and collectively with Plaintiff, the "Parties") agree and hereby jointly move, pursuant to Civil Rules 7.1 and 7.2 of the Local Rules for the United States District Court for the Southern District of California, as follows:

WHEREAS, Galderma moved to dismiss Plaintiff's complaint on March 16, 2026;

WHEREAS, Plaintiff filed her First Amended Complaint ("FAC") on April 9, 2026;

WHEREAS, Galderma filed a Notice of Withdrawal to withdraw its March 16, 2026 Motion to Dismiss on April 16, 2026;

WHEREAS, Galderma's current deadline to respond to the FAC is April 23, 2026;

WHEREAS, Galderma intends to file a Motion to Dismiss the FAC (the "Motion");

WHEREAS, the Parties have scheduled a new hearing on the Motion before the Court on August 10, 2026 for Galderma's impending Motion;

WHEREAS, pursuant to Local Rule 7.1.e.2, the current deadline for Plaintiff to file and serve her opposition to that Motion is no later than July 27, 2026;

WHEREAS, pursuant to Local Rule 7.1.e.3, the current deadline for Galderma to file and serve its reply in support of that Motion is no later than August 3, 2026;

WHEREAS, the Parties stipulate to a briefing schedule for the Motion with the deadline for Galderma to file its Motion being May 14, 2026; for Plaintiff to file and serve her opposition being June 18, 2026; and the deadline for Galderma to file and serve its reply being July 2, 2026;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel on behalf of Plaintiff and Galderma that subject to the Court's approval, the briefing schedule should be adjusted as follows:

1. Galderma's Motion shall be due on May 14, 2026;

2. Plaintiff's opposition to Galderma's Motion shall be due on June 18, 2026;

3. Galderma's reply in support of its Motion shall be due on July 2, 2026.

1

WHEREFORE, the Parties hereby jointly move and respectfully request that the Court enter the accompanying Proposed Order granting this joint motion and setting the briefing schedule reflected in this joint motion.

Dated:  April 22, 2026

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  */s/ Marshall L. Baker*
MARSHALL L. BAKER
STEPHANIE LINDEMUTH
FATIMA BISHTAWI

Attorneys for Defendant
Galderma Laboratories, L.P.

Email: mbaker@akingump.com
slindemuth@akingump.com
fbishtawi@akingump.com

Dated:  April 22, 2026

HEDIN LLP

By:  */s/ Frank S. Hedin*
FRANK S. HEDIN

Attorney for Plaintiff
Laura Willis Albrigo

Email: fhedin@hedinllp.com

2