MARSHALL L. BAKER (SBN 300987)
mbaker@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
TELEPHONE: +1 310.229.1000
FACSIMILE: +1 310.229.1001

FRANK S. HEDIN (SBN 291289)
fhedin@hedinllp.com
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
TELEPHONE: (305) 357-2107
FACSIMILE: (305) 200-8801

STEPHANIE LINDEMUTH (*pro hac vice*)
slindemuth@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
TELEPHONE: +1 212.872.1000
FACSIMILE: +1 212.872.1002

Attorney for Plaintiff

FATIMA BISHTAWI (SBN 363224)
fbishtawi@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
100 Pine Street, Suite 3200
San Francisco, CA 94111
TELEPHONE: +1 415.765.9500
FACSIMILE: +1 415.765.9501

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIS ALBRIGO, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>GALDERMA LABORATORIES, L.P.,<br><br>                                    Defendant. | Case No.:  25-cv-3819-H-JLB<br><br>**JOINT MOTION TO EXTEND BRIEFING DEADLINES AND ADJOURN HEARING ON MOTION TO DISMISS**<br><br>Current hearing date:  July 13, 2026<br>New hearing date: To be determined<br><br>Current opposition date: No later than June 18, 2026<br>New opposition date: July 9, 2026<br><br>Current reply date: No later than July 2, 2026<br>New reply date: July 30, 2026<br><br>Trial Date:  None set |

Plaintiff Laura Willis Albrigo ("Plaintiff") and Defendant Galderma Laboratories, L.P. ("Galderma," and collectively with Plaintiff, the "Parties") agree and hereby jointly move, pursuant to Civil Rules 7.1 and 7.2 of the Local Rules for the United States District Court for the Southern District of California, as follows:

WHEREAS, Galderma moved to dismiss the First Amended Complaint (the "Motion") on May 14, 2026;

WHEREAS, Plaintiff's current deadline to oppose Galderma's Motion is June 18, 2026;

WHEREAS, Galderma's current deadline to reply to Plaintiff's opposition is July 2, 2026;

WHEREAS, the Parties have a hearing on the Motion scheduled before the Court on July 13, 2026;

WHEREAS, the Parties are engaging in settlement discussions in an attempt to resolve this dispute and, in the interest of conserving Party and judicial resources, wish to extend the deadlines in this case while the Parties engage in good-faith settlement discussions;

WHEREAS, the Parties stipulate to a briefing schedule for the Motion with the deadline for Plaintiff to file and serve her opposition to the Motion being July 9, 2026; for Galderma to file and serve its reply being July 30, 2026; and for the July 13, 2026 hearing on the Motion before this Court to be adjourned;

WHEREAS, the Parties will reach out to the Court for a new hearing date on the Motion before Plaintiff files her opposition, should settlement discussions be unsuccessful;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel on behalf of Plaintiff and Galderma that subject to the Court's approval, the briefing schedule should be adjusted as follows:

1.    Plaintiff's opposition to Galderma's Motion shall be due on July 9, 2026;

2.    Galderma's reply in support of its Motion shall be due on July 30, 2026;

1

3.    The hearing on the Motion shall be adjourned until a mutually agreeable time for the Court and the Parties, to be determined prior to the date that Plaintiff files her opposition should settlement discussions be unsuccessful.

WHEREFORE, the Parties hereby jointly move and respectfully request that the Court enter the accompanying Proposed Order granting this joint motion and setting the briefing schedule reflected in this joint motion.

Dated:  June 17, 2026                     Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP


By:  */s/ Marshall L. Baker*
        MARSHALL L. BAKER
        STEPHANIE LINDEMUTH
        FATIMA BISHTAWI

        Attorneys for Defendant
        Galderma Laboratories, L.P.

        Email: mbaker@akingump.com
                  slindemuth@akingump.com
                  fbishtawi@akingump.com

Dated:  June 17, 2026                     HEDIN LLP


By:  */s/ Frank S. Hedin*
        FRANK S. HEDIN

        Attorney for Plaintiff
        Laura Willis Albrigo

        Email: fhedin@hedinllp.com

2

JOINT MOTION TO EXTEND BRIEFING DEADLINES AND ADJOURN HEARING ON MOTION TO DISMISS
CASE NO. 25-CV-3819-H-JLB