# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIS ALBRIGO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GALDERMA LABORATORIES, L.P.,<br><br>Defendant. | Case No.: 3:25-cv-03819-H-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR AMENDED BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>[Doc. No. 22] |

On June 17, 2026, the parties filed a joint motion to amend the briefing schedule on Defendant's motion to dismiss. (Doc. No. 22.) The Court grants the parties' joint motion to extend the briefing schedule. The Court continues the hearing date on Defendant's motion to dismiss to **August 31, 2026 at 10:30 a.m.** Under Local Rules 7.1.e.2 and 7.1.e.3, Plaintiff must file her opposition by **August 17, 2026** and Defendant must file its reply by **August 24, 2026**.

**IT IS SO ORDERED.**

DATED: June 22, 2026

_____

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

3:25-cv-03819-H-JLB