**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LAURA WILLIS ALBRIGO,

Plaintiff,

v.

GALDERMA LABORATORIES, L.P.,

Defendant.

Case No. 3:25-cv-03819-H-JLB

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff Laura Willis Albrigo hereby gives notice that this action against Defendant Galderma Laboratories, L.P. is voluntarily dismissed, in its entirety and with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 12, 2026

Respectfully submitted,

*/s/ Frank S. Hedin*

Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiff*